DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 438P16 | State v. Darryl A. McPhaul | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of N.C. Court of Appeals (COA16-799) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 439P16 | State v. Twyan Kenneth Coleman | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-305) | 1. |
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **12/09/2016** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. |
| 442P16 | State v. Calvin Denard Brown | Def's PDR Under N.C.G.S. § 7A-31 (COA16-84) | Denied |
| 443P16 | State v. Ronnie Paul Godbey | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-877) | 1. Allowed |
| | | 2. State's Motion to Amend Response to PDR | 2. Allowed |
| 444P16 | Susan Hedden v. Ann Isbell | 1. Def's Notice of Appeal Based Upon a Constitutional Question | 1. Dismissed *ex mero motu* |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA16-406) | 2. Denied |
| 446P16 | In the Matter of A.J.P. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA16-473) | Denied |
| 448P16 | State v. Timothy Devon King | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-261) | Denied |
| 449P16 | Patrick A. Merrill v. Winston-Salem Forsyth County Board of Education | Plt's PDR Under N.C.G.S. § 7A-31 (COA16-232) | Denied |
| 452P16 | State v. John Eddie Mangum | 1. Def's Motion for Temporary Stay (COA16-344) | 1. Allowed **12/16/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| 454P16 | State v. Andrew Robert Holloway | 1. State's Motion for Temporary Stay (COA16-381) | 1. Allowed **12/20/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |